UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 15 A 9: 58

Kenneth K. Radman
    Plaintiff,

Civil No. : 302CV1868 (JCH)

v.

John Ashcroft, Attorney General,
U. S. Department of Justice,
    Defendants.

October 14, 2003

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant by and through his attorneys, Kevin J. O'Connor, United States Attorney, Alan Marc Soloway, Assistant U.S. Attorney, and Natalie Holick, Assistant General Counsel, Federal Bureau of Prisons, move pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules of Civil Procedure for summary judgment in the above referenced case.

A Memorandum of Law and a Statement pursuant to Rule 56(a) of the Local Rules of Civil Procedure are filed contemporaneously hereto.

                        Respectfully Submitted,
                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY

                        ALAN MARC SOLOWAY
                        ASSISTANT U.S. ATTORNEY
                        PO BOX 1824
                        NEW HAVEN, CT 06508
                        (203)821-3700
                        FEDERAL BAR # CT 01581

1

NATALIE HOLICK
ASSISTANT GENERAL COUNSEL
BUREAU OF PRISONS
GATEWAY COMPLEX TOWER II
400 STATE AVENUE, 8TH FLOOR
KANSAS CITY, KANSAS 66101
(913) 531-8333
FEDERAL BAR # CT 24206

## CERTIFICATION

This is to certify that a copy of the within and foregoing Motion was sent via postage prepaid first-class mail, this 14 day of October, 2003, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

_____
ALAN MARC SOLOWAY