UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 17 P 1: 21

Kenneth K. Radman
    Plaintiff,

v.

John Ashcroft, Attorney General,
U. S. Department of Justice,
    Defendants.

Civil No. : 3:02CV1868 (JCH)

October 16, 2003

## MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF AND TO REQUEST A COURT ORDER ALLOWING THE PRESENCE OF ATTORNEY NATALIE HOLICK AT ANY FUTURE DEPOSITIONS CONDUCTED IN THIS CASE

Defendant moves through his attorneys Kevin J. O'Connor, United States Attorney for the District of Connecticut, Alan Marc Soloway, Assistant U.S. Attorney, and Natalie Holick, Assistant General Counsel, Federal Bureau of Prisons, to Compel the Deposition of Plaintiff pursuant to Rule 37, Federal Rules of Civil Procedure. Defendant further moves this Honorable Court for an Order pursuant to Rule 30 of the Rules of Civil Procedure, and Rule 615 of the Federal Rules of Evidence, that would allow Attorney Natalie Holick, co-counsel of record, to be present at any deposition to be taken in this case.

Counsel for the respective parties have been unsuccessful in resolving the dispute that are the subject of the instant motion.

This is the first such motion made by Defendant in this case.

**Oral Argument on an Expedited Basis is Requested**

1

Respectfully Submitted,
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
PO BOX 1824
NEW HAVEN, CT 06508
(203)821-3700
FEDERAL BAR # CT 01581

NATALIE HOLICK
ASSISTANT GENERAL COUNSEL
BUREAU OF PRISONS
GATEWAY COMPLEX TOWER II
400 STATE AVENUE, 8TH FLOOR
KANSAS CITY, KANSAS 66101
(913) 531-8333
FEDERAL BAR # CT 24206

## CERTIFICATION

This is to certify that a copy of the within and foregoing Motion and accompanying Declaration were sent via postage prepaid first-class mail, this 14th [17th] day of October, 2003, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

Alan Marc Soloway

2