## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 OCT 15 A 9:58

Kenneth K. Radman
: Plaintiff,
: Civil No. : 302CV1868 (JCH)

v.

John Ashcroft, Attorney General,
U. S. Department of Justice,
: 14
: October , 2003
Defendants.

### DEFENDANT'S RULE 56 STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule 56(a)(1), the Defendant submits the following statement of material facts which are not in dispute and which support the Defendant's Motion for Summary Judgment:

1. Kenneth Radman ("Plaintiff") has been employed by the Defendant Agency, since December 1991, as a correctional officer. *Application of Plaintiff.* Exhibit 1.

2. On July 31, 1996, Kenneth Radman ("Plaintiff") applied for a material handlers supervisor position, WS-03, vacancy announcement number 96-DAN-17, with the Defendant. *Application of Plaintiff.* Exhibit 1.

3. At the time of the announcement for 96-DAN-17, Plaintiff was a GS-7 correctional officer. *Application of Plaintiff.* Exhibit 1.

4. On August 12, 1996, Warden Charles Stewart selected Gail Mazzucco and Steven Jones for the position of material handlers supervisor, 96-DAN-17. *Promotion Certificate and Affidavit of Charles Stewart.* Exhibits 2 & 3.

5. Gail Mazzucco is a female and Steven Jones is a male. *Affidavit of Plaintiff, p. 2.*

Exhibit 4.

6. Warden Stewart based his selection of Mr. Jones and Ms. Mazzucco on their knowledge, skills and abilities, as well as their performance and work ethic. *Affidavit of Stewart.* Exhibit 3.

7. Associate Warden Janice Killian also recommended Mr. Jones and Ms. Mazzucco for the positions because their job qualifications and experience made them better qualified for the position. *Affidavit of Janice Killian.* Exhibit 5.

8. Plaintiff and Ms. Mazzucco were both given 25% credit on their applications for experience in a correctional environment. *Applications of Plaintiff and Mazzucco.* Exhibits 1 & 6.

9. Plaintiff does not have a college education. *Application of Plaintiff.* Exhibit 1.

10. Ms. Mazzucco has a Bachelor of Science degree in criminal justice. *Application of Mazzucco.* Exhibit 6.

11. Per Agency policy, inmates entering or leaving the commissary may be subject to strip searches. *Program Statement 4500.04.* Exhibit 7.

12. Per Agency policy, strip searches of inmates must be conducted by officer of the same sex unless delay would mean the loss of contraband. *Program Statement 5521.05.* Exhibit 8.

13. At the time of the selection at issue, female employees comprised 29% of the staff compliment at the Federal Correctional Institution at Danbury, Connecticut. *1996 Affirmative Action Plan.* Exhibit 9.

14. From early 1994 to the present, the Federal Correctional Institution at Danbury, Connecticut has exclusively housed female inmates. *Deposition of Charles*

*Stewart*. <u>Exhibit 10.</u>

Respectfully submitted,

UNITED STATES ATTORNEY
KEVIN J. O'CONNOR

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
CHIEF, CIVIL DIVISION

Of counsel:
Natalie R. W. Holick
Assistant General Counsel
Gateway Complex Tower II
400 State Ave., 8th Floor
Kansas City, KS 66101
Federal Bar No: CT24206

ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
PO BOX 1824
NEW HAVEN, CT 06508
(203)821-3700
FEDERAL BAR NO. ct01581

## CERTIFICATION

This is to certify that a copy of the within and foregoing Rule 56 Statement was sent via postage prepaid first-class mail, this 17th day of October, 2003, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

ALAN MARC SOLOWAY