02CV1868  MOT FOR PROORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 21  P 12: 02

US

| | | |
|---|---|---|
| KENNETH K. RADMAN, | : | |
| Plaintiff | : | |
| | : | Civil Docket #302CV1868JCH |
| v. | : | |
| | : | |
| John D. Ashcroft, Attorney General | : | October 20, 2003 |
| U.S. Department of Justice | : | |
| Defendant | | |

Motion for Protective Order Against the Deposition of Kenneth Radman by Defendant

Plaintiff moves, pursuant to F.R.C.P. 26(c)(1), that the examination of the witness Kenneth Radman, notice of the taking of whose deposition was served upon the attorneys for plaintiff, be prohibited as set forth below, and in support of the motion states.

1. On October 2, 2003, attorney for plaintiff received the following notice from the attorneys for defendant:

> Please take notice that, pursuant to the Rule 30 of the Federal Rules of Civil Procedure, the defendant shall take the deposition upon oral examination of Kenneth Radman before a duly appointed, qualified, and acting notary public authorized to administer oaths on Friday, October 31, 2003 at 11:00 a.m. at the office of the United States Attorney for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 and continuing from day to day until completed.

Page 1 of 3

2. Plaintiff believes that the attorneys for defendant propose to examine Kenneth Radman with respect to such matters related to this complaint in an attempt cause undue and unnecessary expense, burden and hardship, to the plaintiff's disadvantage.

3. On October 14, 2003, defendant moved this Court for summary judgment pursuant to FRCP 56. In that motion, defendant proposed to this Court that there are no material facts in genuine dispute that would require a trial. An examination of the witness Kenneth Radman would be immaterial and irrelevant to the subject matter involved in the pending action and not pertinent or material to any defense of defendant, unless the motion for summary judgment has been made in bad faith or the defendant has an inappropriate ulterior motive for deposing Kenneth Radman.

Wherefore, plaintiff moves that this Court enter an order prohibiting the examination of Kenneth Radman so as to exclude any examination with respect to any matters. Additionally, plaintiff prays the Court for an award for reasonable expenses, including attorney's fees; or in the alternative, impose other appropriate sanctions it may deem appropriate.

For the Plaintiff,

_____
Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, Connecticut 06418
(203) 736-9800
Federal Bar No. CT20079

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been sent, via the mode indicated, this 20th day of October, 2003 to the following:

| | |
|---|---|
| Alan Marc Soloway<br>Assistant U.S. Attorney<br>P.O. Box 1824<br>New Haven, CT. 06508<br>(203) 821-3700<br>(203) 773-5373<br>Federal Bar No. CT01581 | U.S. Mail, Postage Prepaid |
| Natalie R. W. Holick<br>Assistant General Counsel<br>Bureau of Prisons<br>Gateway Complex Tower II<br>400 State Avenue, 8th Floor<br>Kansas City, Kansas 66101<br>(913) 531-8333<br>Federal Bar No. CT24206 | U.S. Mail, Postage Prepaid |

For the Plaintiff,

_____
Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, Connecticut 06418
(203) 736-9800
Federal Bar No. CT20079

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kenneth K. Radman<br>    Plaintiff, | :<br>:  Civil No. : 302CV1868 (JCH)<br>: |
| v. | : |
| John Ashcroft, Attorney General,<br>U. S. Department of Justice,<br>    Defendants. | :<br>:  October 14, 2003<br>: |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant by and through his attorneys, Kevin J. O'Connor, United States Attorney, Alan Marc Soloway, Assistant U.S. Attorney, and Natalie Holick, Assistant General Counsel, Federal Bureau of Prisons, move pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules of Civil Procedure for summary judgment in the above referenced case.

A Memorandum of Law and a Statement pursuant to Rule 56(a) of the Local Rules of Civil Procedure are filed contemporaneously hereto.

Respectfully Submitted,
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
PO BOX 1824
NEW HAVEN, CT 06508
(203)821-3700
FEDERAL BAR # CT 01581

1

NATALIE HOLICK
ASSISTANT GENERAL COUNSEL
BUREAU OF PRISONS
GATEWAY COMPLEX TOWER II
400 STATE AVENUE, 8TH FLOOR
KANSAS CITY, KANSAS 66101
(913) 531-8333
FEDERAL BAR # CT 24206

### CERTIFICATION

This is to certify that a copy of the within and foregoing Motion was sent via postage prepaid first-class mail, this 14 day of October, 2003, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

_____
ALAN MARC SOLOWAY

2

## Attorney Rizzitelli

| | |
|---|---|
| From: | Alan.Soloway@usdoj.gov |
| Sent: | Sunday, October 19, 2003 12:55 PM |
| To: | 'srizzitelli@snet.net' (Receipt Notification Requested) (IPM Return Requested) |
| Cc: | Natalie.Holick2@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); Paul.Paquette@usdoj.gov (Receipt Notification Requested) (IPM Return Requested) |
| Subject: | RE: depos |

Dear Attorney Rizzitelli
    As I mentioned to you during our last telephone conversation in which you indicated a position consistent with the the position you espouse in the attached email, it was the Government's intention to move to compel. Towards that fact, the Government filed a motion to compel on Friday afternoon October 17. A copy was mailed to you and is likely in the mail. The issue is now before the Court. As always, do what you think is appropriate in the interests of your client.-Alan
-----Original Message-----
From: srizzitelli@snet.net [mailto:srizzitelli@snet.net]
Sent: Sunday, October 19, 2003 1:20 AM
To: Soloway, Alan; Holick, Natalie; Paquette, Paul
Subject: RE: depos


Alan,

Please take notice that we will move the Court for an order forbidding the taking of the deposition of Kenneth Radman on the ground that you have just presented, to the court, a position that there are no material facts in genuine dispute, if you persist to require this deposition.

We simply cannot agree to perpetuate this very hypocritical proposal of yours (no facts exist that are in genuine dispute but you need to obtain facts through additional discovery). Besides, you already have an affidavit from Ken Radman as part of the original investigation conducted by the defendant.

I ask that you respond to this request to withdraw your notice of this deposition by Tuesday, October 20th. Lastly, I will further move for the reasonable expenses incurred in obtaining the order sought, including attorney fees.

Please let me know,
sam


---------------------------------------------------------------------
---------------------------------------------------------------------
-------------------------------- This transmittal may be a confidential attorney-client communication or may otherwise be  privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at (203)736-9800, or e-mail at srizzitelli@snet.net and immediately delete this message and all its attachments.

-----Original Message-----
From: Alan.Soloway@usdoj.gov [mailto:Alan.Soloway@usdoj.gov]
Sent: Thursday, October 16, 2003 9:48 AM
To: 'srizzitelli@snet.net' (Receipt Notification Requested) (IPM Return Requested); Natalie.Holick2@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); Paul.Paquette@usdoj.gov (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: depos

1

Sam
The depo will go forward as scheduled unless one of us develops scheduling problems. I will contact Paul to re-confirm that Ken will get official time for depo but I don't think it will be big problem. Natalie will be attending via video conferencing facility. Please give me a call so we can discuss.I have been on road and just returned this morning. -Alan

-----Original Message-----
From: srizzitelli@snet.net [mailto:srizzitelli@snet.net]
Sent: Wednesday, October 15, 2003 9:53 PM
To: Soloway, Alan
Cc: Holick, Natalie
Subject: RE: depos


Alan,

I received your motion for summary judgment today. You have moved the court, in good faith I presume, to find that there are no material facts in genuine dispute. Therefore, the deposition of Radman must be unnecessary. Please confirm that you have no intention to conduct such on the October 31st. To date, we have not received any confirmation that he has been granted official time for that day either. Please clarify any confusion as soon as possible.

sam

--------------------------------------------------------------------------
--------------------------------------------------------------------------
-------------------------------- This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at (203)736-9800, or e-mail at srizzitelli@snet.net and immediately delete this message and all its attachments.

-----Original Message-----
From: Alan.Soloway@usdoj.gov [mailto:Alan.Soloway@usdoj.gov]
Sent: Thursday, October 02, 2003 11:36 AM
To: 'srizzitelli@snet.net' (Receipt Notification Requested) (IPM Return Requested)
Cc: Natalie.Holick2@usdoj.gov (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: depos


I have forgotten to respond to the first part of your email. I will not consent to have Natalie deposed. You will have to move and I will not accept service. If service is perfected, I will move to quash at once. I think you are making a mistake-Alan

-----Original Message-----
From: srizzitelli@snet.net [mailto:srizzitelli@snet.net]
Sent: Thursday, October 02, 2003 12:08 AM
To: Soloway, Alan
Cc: Holick, Natalie; Holick, Natalie
Subject: depos


Alan, Natalie,

We would like to depose Natalie.

2

How can we agree to notice and service?

Also, we do not consent to Natalie's presence during Radman's deposition and will move to exclude her if necessary. Please advise whether stipulation is acceptable.

sam

---------------------------------------------------------------------------
---------------------------------------------------------------------------
--------------------------------- This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at (203)736-9800, or e-mail at srizzitelli@snet.net and immediately delete this message and all its attachments.