STATUS CONFERENCE HELD
Date: _11/5/03_

10/22/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

Natalie R.W. Holick
Federal Bureau of Prisons
Assistant General Counsel
Gateway Complex Tower II
400 State Avenue, 8th Floor
Kansas City, KS 66101

Alan M. Soloway
U.S. Attorney's Office
157 Church St., PO Box 1824
New Haven, CT 06510

Daniel H. Kryzanski
959 Main Street #103
Stratford, CT 06615

Samuel M. Rizzitelli Jr.
26 Prindle Ave.
Derby, CT 06418

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

**Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.**