UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -3  P 12: 28

KENNETH K. RADMAN,
        Plaintiff

: Civil Docket #302CV1868JCH

v.

John D. Ashcroft, Attorney General
U.S. Department of Justice
        Defendant

: December 2, 2003

Motion for Protective Order Limiting Scope of the Deposition of Kenneth Radman

Plaintiff moves, pursuant to F.R.C.P. 26(b)(3), 30(d), that the scope of the examination of the witness Kenneth Radman, notice of the taking of whose deposition was served upon the attorneys for plaintiff, be limited as set forth below, and in support of the motion states.

1. On November 14, 2003, attorney for plaintiff received the following notice from the attorneys for defendant:

> Please take notice that, pursuant to the Rule 30 (b)(6) of the Federal Rules of Civil Procedure, the defendant, United States of America, will take the deposition upon oral examination of Kenneth Radman before Falzarono Court Reporting on Friday, November 21, 2003 at 1:00 a.m. at the Danbury Federal Correctional Institution, 37 ½ Pembroke Road, Danbury, Connecticut.

2. On November 21, 2003, the plaintiff, witness, Kenneth Radman, attended the deposition at his place of employment, FCI Danbury in accordance with the notice. The witness, since 1991, has been and still is employed by the defendant, at FCI Danbury. This complaint was made for the non-selection that occurred in 1996.

3. At said deposition, the defendant's attorney, a United States Attorney for the U.S. Department of Justice, inquired about recent gambling activity of the witness. The defendant's attorney also inquired into every detail and specific of an incident that occurred on August 22, 2003 while the plaintiff was in the employ of the defendant. This August 22, 2003 incident relates to a car accident the plaintiff was in while on duty as an armed outside patrolman.

4. The witness refused to answer many questions related to recent gambling activity and this August 22, 2003 incident on the grounds that such information is irrelevant to the events of 1996 and in violation of the plaintiff's right against self-incrimination as protected by the 5th amendment of the U.S. Constitution.

5. Plaintiff believes that the attorney for defendant examined Kenneth Radman with respect to gambling and this August 22, 2003 incident in an attempt to illegally investigate employment/criminal matters not pertinent to this complaint, cause embarrassment, undue and unnecessary expense, burden and hardship, to the plaintiff's disadvantage.

6. An examination of the witness Kenneth Radman with respect to gambling and this August 22,

2003 incident would be immaterial and irrelevant to the subject matter involved in the pending action and not pertinent or material to any defense of defendant and would violate the plaintiff's right against self-incrimination as protected by the 5th amendment of the U.S. Constitution. *Weston v. HUD*, 724 F.2d 943, 947-48 (Fed. Cir. 1983), *citing* Kastigar v. United States, 406 U.S. 441, 444-45 (1972). The inquiry by the defendant on these issues is the subject of a different investigation of separate actions involving the same parties. *Cf. Cumberland Corp. v McLellan Stores Co.*, 27 F. Supp 994 (S.D.N.Y. 1939).

Wherefore, plaintiff moves that this Court enter an order limiting the scope of the examination of Kenneth Radman so as to exclude any examination with respect to gambling or the August 22, 2003 incident.

For the Plaintiff,

_____
Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, Connecticut 06418
(203) 736-9800
Federal Bar No. CT20079

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been sent, via the mode indicated, this 2nd day of December, 2003 to the following:

| | |
|---|---|
| Alan Marc Soloway<br>Assistant U.S. Attorney<br>P.O. Box 1824<br>New Haven, CT. 06508<br>(203) 821-3700<br>(203) 773-5373<br>Federal Bar No. CT01581 | U.S. Mail, Postage Prepaid |
| Natalie R. W. Holick<br>Assistant General Counsel<br>Bureau of Prisons<br>Gateway Complex Tower II<br>400 State Avenue, 8th Floor<br>Kansas City, Kansas 66101<br>(913) 531-8333<br>Federal Bar No. CT24206 | U.S. Mail, Postage Prepaid |

For the Plaintiff,

*/s/ [signature]*

Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, Connecticut 06418
(203) 736-9800
Federal Bar No. CT20079