UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 22  A 10: 37

Kenneth K. Radman
    Plaintiff,

    v.

John Ashcroft, Attorney General,
U. S. Department of Justice,
    Defendants.

Civil No. : 3:02CV1868 (JCH)

December 19, 2003

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

The Defendant by and through his attorney, Alan Marc Soloway, AUSA, responds as follows to the Plaintiff's Motion for a Protective Order dealing with gambling and a disciplinary incident dated August 22, 2003.

Defendant has elicited all that needs to be elicited from Plaintiff at this stage of the litigation.

Defendant will ask the Court, at the appropriate time in the litigation of this civil action, to instruct the trier of fact that it make an adverse inference from Plaintiff's refusal to answer the proffered questions on what amounts to a fifth amendment claim against self-incrimination. Baxter v. Palmigiano, 425 U.S. 308 (1976); In Re: CFS Related Securities Fraud Investigation, 256 F. Supp. 2d 1227 (N.D. Oklahoma 2003); Dunkin Donuts v. Barr Donut, 242 F. Supp 2d 296 (S.D.N.Y. 2003); Sterling v. A-1 Hotels, 175 F. Supp. 2d 573 (S.D.N.Y. 2001); U.S. v. Sriram, 147 F. Supp. 2d 914 (N.D. Ill. 2001); Penfield v. Venuti, 589 F. Supp. 250 (D.Ct. 1984)(Opinion per Cabranes, J.).

1

Respectfully Submitted,
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*[signature]*

ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
PO BOX 1824
NEW HAVEN, CT 06508
(203)821-3700
FEDERAL BAR # CT 01581

NATALIE HOLICK
ASSISTANT GENERAL COUNSEL
BUREAU OF PRISONS
GATEWAY COMPLEX TOWER II
400 STATE AVENUE, 8TH FLOOR
KANSAS CITY, KANSAS 66101
(913) 531-8333
FEDERAL BAR # CT 24206

SCOTT GULICK, ESQ>
BUREAU OF PRISONS
GATEWAY COMPLEX TOWER II
400 STATE AVENUE, 8TH FLOOR
KANSAS CITY, KANSAS 66101
(913) 531-8333

## CERTIFICATION

This is to certify that a copy of the within and foregoing Answers were sent via postage prepaid first-class mail, this /4th day of December, 2003, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

ALAN MARC SOLOWAY