UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 17 P 1:21

Kenneth K. Radman
   Plaintiff,

v.

John Ashcroft, Attorney General,
U. S. Department of Justice,
   Defendants.

Civil No.: 3:02CV1868 (JCH)

October 16, 2003

### DECLARATION OF AUSA ALAN MARC SOLOWAY IN SUPPORT OF THE DEFENDANT'S MOTION TO COMPEL AND TO ALLOW BOP TRIAL COUNSEL TO BE PRESENT DURING THE DEPOSITION OF PLAINTIFF AND ALL OTHERS TO BE DEPOSED

My name is Alan Marc Soloway and I make the following statements:

1. I am over the age of eighteen and understand the obligations of an oath. I am the Assistant U.S. Attorney assigned to the above case and as such, I am familiar with the facts and circumstances that surround it.

2. On February 24, 2003, this Honorable Court set the close-off for discovery on September 1, 2003, and set the deadline for dispositive motions on October 17, 2003.

3. On June 6, 2003, Attorney Rizzitelli deposed the former warden of FCI/Danbury Charles Stewart. Attorney Rizzitelli conducted the deposition by telephone from Connecticut. Mr. Stewart was located in the U.S. Attorney's Office in Louisville, Kentucky along with your Declarant and Attorney Holick.

4. On July 1, 2003, a Rule 16 conference was held with this Honorable

1

Court and Attorney Samuel Rizzitelli, representing Plaintiff, and AUSA Alan Soloway, representing defendant.

5.   As part of the discussion involving discovery that ensued, both parties consented to allowing depositions of their potential witnesses without the need for extending the formal cut-off date for formal discovery which was September 1, 2003.

6.   Sometime before October 1, 2003, counsel for the respective parties talked by telephone and agreed that plaintiff could be deposed on October 31, 2003. Your Declarant indicated that he would notice the deposition for the U.S. Attorney's Office in Bridgeport. Your declarant mentioned that he would schedule the deposition in Bridgeport, so co-counsel Natalie Holick, could attend the deposition by video-conferencing from the U.S. Attorney's Office in Kansas City, Missouri. Attorney Holick works out of the Bureau of Prisons Regional Office in Kansas City, Kansas.

5.   On October 1, 2003, defendant sent out a notice of plaintiff's deposition, indicating that the deposition had been scheduled for October 31, 2003 at the U.S. Attorney's Office, 915 Lafayette Boulevard, Bridgeport, Ct. 06604 at 11:00 am.

7.   On or about October 14, 2003, Defendant filed a Motion for Summary Judgment among other pleadings.

8.   On the morning of October 16, 2003, counsel for the respective parties spoke. Your deponent informed Attorney Rizzitelli that his client would be afforded the use of a Government vehicle to drive to the deposition on October 31, 2003, and that Mr. Radman would be accorded official leave so he could attend the deposition.

9.   Attorney Rizzitelli at first complained that the Motion for Summary

2

Judgement would not allow him sufficient time to prepare for the deposition of Plaintiff. Your declarant then informed Attorney Rizzitelli that he could have as much additional time to prepare his response to the Motion for Summary Judgment as he needed. Attorney Rizzitelli thereafter indicated that in view of the filing of the Motion for Summary Judgment, Mr. Radman would not attend any deposition and he would oppose Attorney Holick taking part in *any* deposition. Attorney Rizzitelli indicated no reasons for opposing the presence of Attorney Holick.

All of the above statements are true to the best of my knowledge and I swear that to the best of my knowledge that they are true.

                                                                                        _____
                                                                                        Alan Marc Soloway
                                                                                        Assistant U.S. Attorney