UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -3 P 12: 28

KENNETH K. RADMAN,
: Plaintiff :
: Civil Docket #302CV1868JCH
:
v. :
:
John D. Ashcroft, Attorney General   : December 2, 2003
U.S. Department of Justice            :
: Defendant

[Handwritten margin note: Motion denied as moot, without prejudice to renew, in part (Doc. No. 35). So Ordered. /s/ JCH 1/17/04]

<u>Motion for Protective Order Limiting Scope of the Deposition of Kenneth Radman</u>

Plaintiff moves, pursuant to F.R.C.P. 26(b)(3), 30(d), that the scope of the examination of the witness Kenneth Radman, notice of the taking of whose deposition was served upon the attorneys for plaintiff, be limited as set forth below, and in support of the motion states.

On November 14, 2003, attorney for plaintiff received the following notice from the attorneys for defendant:

Please take notice that, pursuant to the Rule 30 (b)(6) of the Federal Rules of Civil Procedure, the defendant, United States of America, will take the deposition upon oral examination of Kenneth Radman before Falzarono Court Reporting on Friday, November 21, 2003 at 1:00 a.m. at the Danbury Federal Correctional Institution, 37 ½ Pembroke Road, Danbury, Connecticut.

Page 1 of 4