UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kenneth K. Radman | : | |
|    Plaintiff, | : | Civil No. : 302CV1868 (JCH) |
| | : | |
|    v. | : | |
| | : | |
| John Ashcroft, Attorney General, | : | |
| U. S. Department of Justice, | : | June 25, 2004 |
|    Defendants. | : | |

**DEFENDANT'S NOTICE OF REFILING OF EXHIBIT IN SUPPORT OF THEIR RULE 56 STATEMENT OF UNDISPUTED FACTS**

On June 24, 2004, counsel for the Defendant was contacted by the Chambers of the Honorable Judge Janet B. Hall and was informed that there the affidavit of Janice Killian, Exhibit #5 in support of the Defendant's Rule 56 Statement of Undisputed Facts, was lacking Pages 3 and 6.

Upon information and belief, counsel for Plaintiff was previously in possession of Ms. Killian's affidavit because it had been an exhibit during the related administrative proceeding.

Counsel for Defendant, in an abundance of caution, hereby refiles the complete affidavit.

                                                Respectfully submitted,

                                                UNITED STATES ATTORNEY
                                                KEVIN J. O'CONNOR
                                                JOHN B. HUGHES
                                                ASSISTANT U.S. ATTORNEY
                                                CHIEF, CIVIL DIVISION

                                              _____  
                                              AUSA BRENDA GREEN  
                                              FEDERAL BAR # CT19538

                           For    ALAN SOLOWAY, AUSA  
                                  U.S. Attorney's Office  
                                  157 Church Street  
                                  New Haven, CT 06510  
                                  Tel: (203) 821-3700  
                                  Fax:(203) 773-5376  
                                  e-mail: alan.soloway@usdoj.gov  
                                  Federal Bar No. ct 01581

## CERTIFICATION

This is to certify that a copy of the within and foregoing Notice of Re-filing was sent via postage prepaid first-class mail, on this 25th day of June 2004, to:

Samuel M. Rizzitelli, Jr., Esq.  
26 Prindle Avenue  
Derby, CT 06418  
(203) 736-9800

Daniel H. Kryzanski, Esq.  
959 Main Street  
#103  
Stratford, Ct. 06615

                                              _____  
                                              BRENDA M. GREEN