AFFIDAVIT OF
JANICE KILLIAN
(CASE NO. P-96-9002)

LET THE RECORD SHOW THAT ON THIS DATE, JUNE 19, 1997, I, HENRY NAVARRO EEO INVESTIGATOR AM MEETING WITH MS. JANICE KILLIAN AT F.C.I. DANBURY, CONNECTICUT, FOR THE PURPOSE OF OBTAINING AN AFFIDAVIT IN REGARDS TO COMPLAINT P-96-9002, FILED BY MR. KENNETH RADMAN.

Q: Do you affirm that the statements you are about to make will be true and correct to the best of your knowledge and recollection?

A: I do.

Q: For the record, please state your full, legal name.

A: Janice Mary Killian.

Q: Would you spell your first and last name for the record, please?

A: J-A-N-I-C-E   K-I-L-L-I-A-N.

Q: What is your current status with the Federal Bureau of Prisons?

A: I'm the Associate Warden of Programs at FCI Danbury, Connecticut.

Q: How long have you been employed at FCI Danbury?

A: Approximately thirteen months.

Q: How long have you been employed with the Bureau of Prisons?

A: Thirteen Years

Q: For the record, please state your race, sex, and age.

A: I'm a Caucasian female, aged 39.

A: ~~About thirteen years.~~

Q: As the Associate Warden at FCI Danbury, are your duties

CASE NO. P-96-9002                    AFFIANT JANICE MARY KILLIAN
KENNETH JOSEPH RADMAN                                      PAGE 2

mainly administrative?

A: Yes.

Q: Do you know a Mr. Kenneth Radman?

A: Yes, I do.

Q: How do you know him?

A: Through work.

Q: How long have you known him?

A: Approximately a year.

Q: Do you supervise Mr. Radman?

A: Indirectly.

Q: Do you have any input into his evaluations?

A: No.

Q: Mr. Kenneth Radman has filed a complaint of discrimination wherein he alleges discrimination on the basis of his sex, that of being a male, and that on August 15, 1996, he was not selected for a Material Handler Supervisor position at FCI Danbury under Vacancy Announcement 96-DAN-17. Are you familiar with this complaint, Ma'am?

A: I am now.

Q: When did you become aware of this complaint?

A: Very recently. Today.

Q: Do you know if Mr. Kenneth Radman has filed other EEO complaints?

A: I don't know.

Q: On the issue where he alleges discrimination on the basis of his sex, male, when, on August the he was not

CASE NO. P-96-9002                    AFFIANT JANICE MARY KILLIAN
KENNETH JOSEPH RADMAN                                    PAGE 3

      selected for a Material Handler Supervisor position at
      FCI Danbury under Vacancy Announcement 96-DAN-17. What
      can you tell me about this?

A:   Only that we selected the best person qualified, the
      best Qualified List went to the Warden, and that was
      his selection.

Q:   Were you a member of the Promotion Board for this
      Vacancy Announcement?

A:   No, I was not.

Q:   Do you know who was on the Best Qualified list?

A:   Not off the top of my head.

Q:   Do you remember how many there were on the Best
      Qualified list?

A:   I believe three.

Q:   Do you know how many people a Promotion Board is
      comprised of?

A:   Normally three to four.

Q:   Did you make a Recommendation for Selection on this
      vacancy?

A:   To the Warden.

Q:   Who did you recommend for selection?

A:   Ms. Mazzucco and Mr. Jones.

Q:   Why didn't you recommend Mr. Radman.

A:   Mr. Jones and Ms. Mazzucco were better qualified.

Q:   In what respect?

A:   Job qualifications and experience.

Q:   Did you review the qualifications of all three

CASE NO. P-96-9002        AFFIANT JANICE MARY KILLIAN
KENNETH JOSEPH RADMAN                              PAGE 4

    individuals involved?

A: Yes, I did.

Q: In the past two years, how many times would you say there has been a Promotion Board held for this position?

A: I believe three times.

Q: Do you know how Mr. Radman ranked for this Promotion Board?

A: I believe he was in the BQ all three times.

Q: Do you know what kind of rating or ranking he received?

A: No.

Q: Do you know what type of evaluation he had received?

A: I don't know.

Q: Other than what the BP-153 form states, is the employee told why he was not selected?

A: I don't believe so.

Q: Do you know if Mr. Radman has received any disciplinary action, has had any problems that would take away from his performance, or conduct that would influence a Promotion Board?

A: None that I know of.

Q: Do you know why Mr. Radman was not selected for the position of Material Handler Supervisor on this Vacancy Announcement?

A: I don't know of anything other than that there were other people who were more qualified.

Q: Prior to making your Recommendation for Selection to the Warden, did you discuss the Best Qualified applicants with Personnel?

CASE NO. P-96-9002                    AFFIANT JANICE MARY KILLIAN
KENNETH JOSEPH RADMAN                                    PAGE 5

A: Yes.

Q: Did you review their files?

A: Yes - their application files.

Q: Other than the Recommendation the Warden received from you, do you know if anyone else made a Recommendation for Selection for this position?

A: I don't know if they made a recommendation to him. The Department Head is always asked for their recommendation.

Q: On this Vacancy Announcement there were two people selected - a male and a female. According to the Promotion Board ranking, Mr. Radman was ranked first. Did you know this?

A: No.

Q: Mr. Radman also had a better evaluation than the other two applicants. Were you aware of that?

A: No.

Q: What is the Affirmative Action Plan?

A: The Affirmative Action Plan is a plan we develop yearly as part of a National Affirmative Action plan to target hard-to-fill and minority positions in areas that are underrepresented.

Q: When you made you Recommendation for Selection for this Vacancy Announcement, did you discriminate against Mr. Radman because he is male?

A: Absolutely not.

Q: On the issue where Mr. Radman had received a higher ranking than the other two applicants, yet he was not selected - what can you say about that?

CASE NO. P-96-9002                AFFIANT JANICE MARY KILLIAN
KENNETH JOSEPH RADMAN                                PAGE 6

A: Only that my recommendation is just part of who the Board Selects, and that he [*the Warden* JMK] has the discretion to pick whoever he chooses.

Q: Other than the Best Qualified list the Warden receives from Personnel, what other information does he get?

A: He gets a Reassignment Letter, a list of Hardships, and a VRA Appointment listing.

Q: Do you know if he received any of these in this instance?

A: I believe there was a VRA Appointment List.

Q: The two individuals that were selected, Mr. Jones, and Ms. Mazzucco have less time in and were ranked lower than Mr. Radman, yet you didn't recommend him for selection. Was there a personal reason for this?

A: Absolutely not. As a person, I think the world of Ken. We have a very good relationship. It had nothing to do with him personally.

Q: Why was he not selected for Material Handler Supervisor? [*strip searches should* JMK]

A: Working in the Commissary involved working with the inmate clerks who fill all the orders. Every night, by policy, those inmates have to be strip-searched. Bureau policy states it must done by a female staff member. At that time it was extremely important that we have a female staff member working in a female institution so she could fulfill her duties to maintain the safety and security of this Institution. After that recommendation was made, another position became vacant. We filled them both with a male and a female for the Commissary.

Q: The reason for Ms. Mazzucco's selection was not based solely on the Affirmative Action Plan?

A: No. It was based on the needs of the Institution in that particular department, and her qualifications.

CASE NO. P-96-9002         AFFIANT JANICE MARY KILLIAN
KENNETH JOSEPH RADMAN                 PAGE 7

Q: Was the Affirmative Action Plan a factor in the selection?

A: The Affirmative Action Plan is always looked at, and we always try to target underrepresented areas in a department. However institution need, the smooth running of a department, and security is always of utmost importance.

Q: Do you support the EEO Program?

A: Absolutely. I've been EEO Chairperson in two institutions, and in the Central Office.

Q: Did you, or anyone of your staff discriminate against Mr. Radman because he is a male, when the selection for this particular Vacancy Announcement was made?

A: Absolutely not.

Q: Is there anything else you would like to say about this complaint at this time?

A: Just that there is absolutely no reason why Mr. Radman would not excel in different positions. His sex did not enter into the decision on my part whatsoever. At the time, As mentioned earlier, this is a female institution, Commissary Staff are required every evening to strip-search all the inmates that are assigned to their areas for Institution security, it's imperative that we have a female officer working that post. We had not had one. Again, this is nothing personal against Mr. Radman, I think that FCI Danbury's, with it's unique mission, it was important that we have someone who was able to fulfill the mission and maintain security in that area.

Q: Prior to Ms. Mazzucco being selected for the position, who was doing the strip-searching?

A: We had one other female in there, and we had two other males.

Q: When the female was not available, where did you draw

CASE NO. P-96-9002                  AFFIANT JANICE MARY KILLIAN
KENNETH JOSEPH RADMAN                              PAGE 8

from?

A: We had to go to Custody, which was very time-consuming, and a great burden on a (inaudible) department which is already short-staffed and, not to mention, we're still in the process of trying to ~~include~~ recruit additional female officers to work in this facility.

Q: How long has FCI Danbury been an all-female facility?

A: We converted to all-female approximately three and a half years ago. It was a male institution for, I believe, over fifty years.

Q: When you converted to an all-female facility, there was a shortage of female staff?

A: There was a shortage, and there continues to be a shortage. One of the main goals in recruiting for officers is recruiting female officers, for those reason of safety and security, and the fact that policy prohibits male staff, except in emergencies, to strip-search female inmates.

Q: Is there anything else you would like to state?

A: Nothing at this time.

Q: Do you affirm that the statements you have made here today are true and correct to the best of your knowledge and recollection?

A: Yes, I do.

CASE NO. P-96-9002                    AFFIANT JANICE/MARY KILLIAN
KENNETH JOSEPH RADMAN                                    PAGE 9

PURSUANT TO 28 U.S.C. 1746, I HAVE READ THE ABOVE STATEMENT CONSISTING OF ___8___ PAGES AND IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT THE INFORMATION I HAVE GIVEN IS NOT TO BE CONSIDERED CONFIDENTIAL AND THAT IT MAY BE SHOWN TO INTERESTED PARTIES.

_____Janice Mary Killian_____        _____7/12/97_____
          AFFIANT                             DATE


_____            _____
     HENRY NAVARRO                           DATE
     EEO INVESTIGATOR