UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kenneth K. Radman | : | |
|     Plaintiff, | : | Civil No. : 302CV1868 (JCH) |
| | : | |
|     v. | : | |
| | : | |
| John Ashcroft, Attorney General, | : | |
| U. S. Department of Justice, | : | June 25, 2004 |
|     Defendants. | : | |

**DEFENDANT'S NOTICE OF REFILING OF EXHIBIT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT**

On June 24, 2004, counsel for the Defendant was contacted by the Chambers of the Honorable Judge Janet B. Hall and was informed that there the affidavit of Janice Killian, Exhibit #5 in support of the Defendant's Motion for Summary Judgment, was lacking Pages 3 and 6.

Upon information and belief, counsel for Plaintiff was previously in possession of Ms. Killian's affidavit because it had been an exhibit during the related administrative proceeding.

Counsel for Defendant, in an abundance of caution, hereby refiles the complete affidavit.

    Respectfully submitted,

    UNITED STATES ATTORNEY
    KEVIN J. O'CONNOR
    JOHN B. HUGHES
    ASSISTANT U.S. ATTORNEY
    CHIEF, CIVIL DIVISION

                                                AUSA BRENDA GREEN
                                                FEDERAL BAR # CT19538

                        For     ALAN SOLOWAY, AUSA
                                  U.S. Attorney's Office
                                  157 Church Street
                                  New Haven, CT 06510
                                  Tel: (203) 821-3700
                                  Fax:(203) 773-5376
                                  e-mail: alan.soloway@usdoj.gov
                                  Federal Bar No. ct 01581

## CERTIFICATION

This is to certify that a copy of the within and foregoing Notice of Re-filing was sent via postage prepaid first-class mail, on this 25th day of June 2004, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

                                                BRENDA M. GREEN