UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH K. RADMAN,<br>　　　　　　　　　Plaintiff<br><br>　　　v.<br><br>John D. Ashcroft, Attorney General<br>U.S. Department of Justice,<br>　　　　　　　　　Defendant | :<br>:  Civil Docket #302CV1868JCH<br>:<br>:<br>:<br>:  September 27, 2004<br>: |

## MOTION IN LIMINE/ PRECLUDE

The defendant moves to preclude the testimony of plaintiff's witnesses Paul Sangalli, Natalie Holick, Kathryn Hawk Sawyer, and Margaret Harding, pursuant to Federal Rules of Evidence 402 and 403. The testimony sought by the Plaintiff from these four witnesses would be irrelevant and unduly prejudicial to the case at hand.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KEVIN J. O'CONNOR
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Alan Marc Soloway , AUSA
　　　　　　　　　　　　　　　　 157 CHURCH STREET
　　　　　　　　　　　　　　　　　P.O. BOX 1824
　　　　　　　　　　　　　　　　　NEW HAVEN, CT 06508
　　　　　　　　　　　　　　　　　(203) 821-3700
　　　　　　　　　　　　　　　　　FAX  (203) 773-5373
　　　　　　　　　　　　　　　　　FEDERAL BAR NO. CT 01581

ORAL ARGUMENT *IS* REQUESTED

Natalie Holick, Esq.
Assistant General Counsel
U.S. Bureau of Prisons
North Central Regional Office
400 State Avenue
8th Floor
Kansas City, Kansas 66101
(913) 551-1149
FAX (913) 551-8330
Federal Bar # 24206

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Motion in Liminie/Preclude has been mailed, postage prepaid, on this ___ day of September, 2004 to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

_____
Alan Marc Soloway