UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH K. RADMAN, | : |
| Plaintiff | : |
| | : Civil Docket |
| | : #302CV1868(JCH) |
| v. | : |
| | : |
| | : |
| John D. Ashcroft, Attorney General | : September 29, 2004 |
| U.S. Department of Justice, | : |
| Defendant | : |

MOTION IN LIMINIE/PRECLUDE

The Defendant moves to preclude the testimony of Plaintiff's witnesses Dr. Tanagho and Dr.

McCue, pursuant to Rules 37(c)(1) and 26 of the Federal Rules of Civil and Procedure. The testimony

sought from these witnesses will inevitably involve their professional opinions concerning Plaintiff, despite

the fact that the Plaintiff has not furnished the Defendant with any reports authored by either witness. For

this reason, both witnesses should be precluded from testifying at trial. A memorandum in support of

Defendant's motion is contemporaneously filed hereto.


Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ALAN MARC SOLOWAY, AUSA
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FAX  (203) 773-5373
FEDERAL BAR NO. CT 01581

Natalie Holick, Esq.
Assistant General Counsel
U.S. Bureau of Prisons
North Central Regional Office
400 State Avenue
8th Floor
Kansas City, Kansas 66101
(913) 551-1149
ORAL ARGUMENT *IS* REQUESTED        Federal Bar # 24206

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Motion in

Liminie/Preclude has been mailed, postage prepaid, on this 29ᵗʰ day of September, 2004 to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615



ALAN MARC SOLOWAY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH K. RADMAN,<br>Plaintiff | :<br>:<br>: Civil Docket<br>: #302CV1868 (JCH) |
| v. | :<br>: |
| John D. Ashcroft, Attorney General<br>U.S. Department of Justice,<br>Defendant_____ | : September 29, 2004<br>:<br>: |

DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS
MOTION IN LIMINIE/PRECLUDE

The Defendant moves to preclude the testimony of Plaintiff's witnesses Dr. Tanagho and

Dr. McCue, pursuant to Rules 37(c)(1) and 26 of the Federal Rules of Civil and Procedure. The

Plaintiff ostensibly offers both witnesses (professional psychiatrists/psychologists) for factual

testimony concerning their treatment of Mr. Radman. However, the Plaintiff will inevitably seek to

elicit both doctors' professional opinions concerning Mr. Radman's mental state at trial. Such

testimony can only be given by an expert witness, not a fact witness, according to Rule 702 of

the Federal Rules of Evidence. See generally In Re Paoli Railroad Yard PCB Litigation, 1992

WL 323675 (E.D. Pa. 1992); Alegria v. Immel's Marine, 1992 WL 57929 (E.D. Pa. 1992);

The disclosure requirements for an expert witness, according to Rule 26(a)(2)(b) of the

Federal Rules of Civil Procedure, demand that disclosure "be accompanied by a written report

prepared and signed by the witness." No such report was ever received by the Government.

The Defendant therefore moves to preclude the testimony of Dr. Tanagho and Dr. McCue from

trial. The Plaintiff's failure to provide the Defendant with either of the doctors' reports unfairly

prejudices the Defendant in his preparation for trial. The Plaintiff's failure prevented the

Defendant from deposing Dr. Tanagho and Dr. McCue, thereby allowing the Plaintiff to unfairly

circumvent the rules of discovery. Rule 26(b)(4)(a) of the Federal Rules of Civil Procedure. In

order to rectify such a problem, the federal courts have precluded the testimony of expert

witnesses when reports were not submitted in a timely fashion to the opposing party. David v.

Caterpillar , 324 F3.d 851 (7th Cir. 2003); Semi-Tech Litigation v. Bankers Trust Company, 219

F.R.D. 324 (S.D.N.Y. 2004); Weiss v. La Suisse, Societe D'Assurances Sur La Vie, 293 F.

Supp. 2d 397 (S.D.N.Y. 2003); Webb. Buchanan Marine, 2000 WL 347159 (S.D.N.Y. 2000);

Coleman v. Dydula, 190 F.R.D. 316 (W.D.N.Y. 1999); Day v. ConRail, 1996 WL 257654

(S.D.N.Y. 1996). The Defendant seeks similar relief in the case before this Honorable Court.

The Plaintiff has stated that Dr. Tanagho and Dr. McCue are not expert witnesses

despite their apparent professional expertise. Instead, Plaintiff disingenuously suggests that they

will only be proffered for factual testimony concerning their medical treatment of Mr. Radman.

The Defendant is already willing to stipulate that Mr. Radman sought medical care from both Dr.

Tanagho and Dr. McCue; little else can be offered by means of factual testimony from these

witnesses. In actuality, the Plaintiff seeks the professional opinions of Dr. Tanagho and Dr.

McCue, despite the fact that the Plaintiff presents them as fact witnesses to the court. This

charade unjustly shirks the procedural rules governing the use of expert witnesses at trial.

The federal courts have prohibited fact witnesses from presenting their professional

opinions to the jury. Furlong v. Circle Line Statue of Liberty Ferry, 902 F. Supp 65 (S.D.N.Y.

1995). If a party seeks to elicit testimony from a witness regarding his professional opinion, the

party must designate that individual as an expert witness and follow the disclosure requirements

provided by Rule 26 of the Federal Rules of Civil Procedure. The Plaintiff did not follow these

requirements in this instance. Therefore, the court should preclude Dr. Tanagho and Dr. McCue

from testifying at trial.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ALAN MARC SOLOWAY, AUSA
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FAX  (203) 773-5373
FEDERAL BAR NO. CT 01581

Natalie Holick, Esq.
Assistant General Counsel
U.S. Bureau of Prisons
North Central Regional Office
400 State Avenue
8th Floor
Kansas City, Kansas 66101
(913) 551-1149
Federal Bar # 24206

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Motion in

Liminie/Preclude has been mailed, postage prepaid, on this 29th day of September, 2004 to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615


_____ALAN MARC SOLOWAY
                                ASSISTANT UNITED STATES ATTORNEY