UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH RADMAN,<br>       Plaintiff.<br>    v.<br><br>JOHN ASHCROFT, US ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br>       Defendants. | : Case No. 302CV1868 (JCH)<br>:<br>:<br>:<br>: September 30, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following document(s):

Index to Exhibits and Exhibits because

- ☐ the document cannot be converted to an electronic format
- ☒ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____]
ALAN SOLOWAY, AUSA
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
Tel: (203) 821-3700
Fax:(203) 773-5376
e-mail: alan.soloway@usdoj.gov
Federal Bar No. ct 01581

<u>CERTIFICATION</u>

This is to certify that a copy of the within and foregoing Notice of Manual Filing was sent via postage prepaid first-class mail, on this 30th day of September, 2004, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

_____
ALAN MARC SOLOWAY