## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kenneth K. Radman | : | |
|     Plaintiff, | : | Civil No. : 3:02CV1868 (JCH) |
| | : | |
| v. | : | |
| | : | |
| John Ashcroft, Attorney General, | : | |
| U. S. Department of Justice, | : | October 1, 2004 |
|     Defendants. | : | |

### DEFENDANT'S OBJECTIONS TO THE INTRODUCTION OF DISCOVERY RESPONSES AT TRIAL.

Defendant hereby serves notice that it objects to the introduction of discovery responses by Plaintiff at the trial of the above referenced case as further specified in the Joint Pre Trial Memorandum previously filed.

A Memorandum in Support of these objections is filed contemporaneously hereto.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ALAN MARC SOLOWAY, AUSA
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FAX (203) 773-5373
FEDERAL BAR NO. CT 01581

ORAL ARGUMENT *IS* REQUESTED

                    NATALIE HOLICK, ESQ.
                    ASSISTANT GENERAL COUNSEL
                    U.S. BUREAU OF PRISONS
                    NORTH CENTRAL REGIONAL OFFICE
                    400 STATE AVENUE
                    8TH FLOOR
                    KANSAS CITY, KANSAS 66101
                    (913) 551-1149
                    Federal Bar # 24206

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Objections to the Introduction of Discovery Responses at Trial has been mailed, postage prepaid, on this 1st day of October, 2004 to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

                                                         _____
                                                         ALAN MARC SOLOWAY