UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kenneth K. Radman | : | |
|     Plaintiff, | : | Civil No. : 3:02CV1868 (JCH) |
| | : | |
| v. | : | |
| | : | |
| John Ashcroft, Attorney General, | : | |
| U. S. Department of Justice, | : | October 5, 2004 |
|     Defendants. | : | |

DEFENDANT'S GLOSSARY

Glossary of Technical Terms

(Sources: General psychiatric terms or Diagnostic and Statistical Manual of Mental Disorders IV TR (DSM IV TR)–American Psychiatric Association's Diagnostic Manual, 2000)

Abstraction-The ability to go from the specific and concrete to the general and metaphorical aspect of an object or idea. Often impaired in psychosis.

Affect: A pattern of observable behaviors that is the expression of a subjectively experienced feeling state (emotion) and is variable over time in response to changing emotional states.

Ambien—zolpidem---a sleeping pill

Attention Deficit Hyperactivity Disorder (ADHD): Symptoms appear before the age of 7 years and are inconsistent with the subject's developmental level and severe enough to impair social or academic functioning.

    In the predominantly *inattentive type*, characteristic symptoms include distractibility, difficulty in sustaining attention or following through on instructions in the absence of close supervision, avoidance of tasks that require sustained mental effort,

failure to pay close attention to details in schoolwork or other activities, difficulty in organizing activities, not listening to what is being said to him or her, loss of things that are necessary for assignments, and forgetfulness in daily activities.

In the predominantly *hyperactive-impulsive type*, characteristic symptoms are that the person inappropriately leaves his or her seat in classroom or runs about, fidgets or squirms, has difficulty in engaging in leisure activities quietly, has difficulty in awaiting turn in games, and blurts out answers to questions before they are completed.

The two types may be combined.

Blackout: Used to refer to a period of retrograde amnesia, usually associated with intoxication with alcohol.

Cognitive: Refers to the mental process of comprehension, judgment, memory, and reasoning, in contrast to emotional and volitional processes.

Compulsions: Repetitive ritualistic behavior such as hand washing or a mental act such as praying or repeating words silently that aims to prevent or reduce distress or prevent some dreaded event or situation. The person feels driven to perform such actions in response to an obsession or according to rules that must be applied rigidly, even though the behaviors are recognized to be excessive or unreasonable.

Delusions: a false belief based on incorrect inference about external reality that sustained despite what almost everyone else believes and despite what constitutes incontrovertible and obvious proof or evidence to the contrary.

Diagnostic and Statistical Manual of Mental Disorders IV TR (DSM IV TR): The American Psychiatric Association's diagnostic manual.

Digit span- A cognitive test in which the tester gives the subject a series of numbers to repeat in forward or backward order.

Dysthymia/Dysthymic Disorder: One of the depressive disorders, characterized by a chronic course (i.e.,. seldom without symptoms) with lowered mood tone and a range of other symptoms that may include feelings of inadequacy, loss of self-esteem, or self-deprecation: feelings of hopelessness or despair; feelings of guilt, brooding about past events, or self-pity; low energy and chronic tiredness; being less active or talkative than usual; poor concentration and indecisiveness; and inability to enjoy pleasurable activities.

EAP: Employee Assistance Program

Executive function: The set of mental abilities that allows one to plan a sequence of actions necessary to achieve a goal.

Flight of ideas: a nearly continuous flow of accelerated speech with abrupt changes from topic to topic that are usually based on understandable associations, distracting stimuli, or plays on words.

Formal thought disturbance (thought disorder): A disturbance of speech, communication, or content of thought, such as delusions, ideas of reference, poverty of thought, flight of ideas, preservation, loosening of associations, and so forth. A thought disorder can be caused by a functional emotional disorder or an organic condition. A formal thought disorder is a disturbance in the form of thought rather than in the content of thought (e.g., loosening of associations).

Full range of affect: Affect that reflects the range of human feeling states (sadness, happiness, anger, excitement, etc). May or may not be appropriate to the content of what is being said.

GAF: See Global Assessment of Functioning

Global Assessment of Functioning (GAF): A scale to assess a subject's overall level of functioning, excluding impairments from physical causes.

Grandiosity : An inflated appraisal of one's worth, power, knowledge, importance, or identity. When extreme, grandiosity may be of delusional proportions.

Hallucinations: a sensory perception that has the compelling sense of reality of a true perception but that occurs without external stimulation of the relevant sensory organ. Hallucinations should be distinguished from illusions, in which an actual external stimulus is misperceived or misinterpreted.

Immediate Recall: one of three types of memory, tested by having the subject immediately repeat something that the tester has just said.

Intermediate Recall: one of three types of memory, tested by the subject waiting five minutes to repeat something the tester has said.

Labile: Abnormal variability, with repeated, rapid, and abrupt shifts in affective expression.

Learning disorder: A difficulty in one or more specific academic areas, such as mathematics or reading, generally due to problems in processing visual or auditory information or in responding appropriately through speech, writing , drawing or arranging objects.

Long term memory: Memory of things which have happened from several hours to many years ago.

Looseness of associations  A disturbance of thinking shown by speech in which ideas shift from one subject to another that is unrelated or minimally related to the first.

Magical Thinking:  A conviction that thinking equates with doing. Occurs in dreams in children, in primitive peoples, and in patients under a variety of conditions. Characterized by lack of realistic relationship between cause and effect.

Major Depression: DSM IV diagnosis requiring five or more of the following symptoms present during the same 2 week period and representing a change from previous functioning; at least one of the symptoms must be either 1) depressed mood or 2) loss of interest or pleasure.   Then three or more of:

3) significant weight loss without dieting or weight gain, or an increase or decrease in appetite nearly every day

4) insomnia or hypersomnia nearly every day

5) psychomotor agitation or retardation nearly every day observable by others

6) fatigue or loss of energy nearly every day

7) feelings of worthlessness, or excessive or inappropriate guilt nearly every day

8) diminished ability to think or concentrate , or indecisiveness, nearly every day

9) recurrent thoughts of death, recurrent suicidal ideation with or without a specific plan, or a suicide attempt

Mania:  An affective disorder characterized by intense euphoria, overactivity and loss of insight

<u>Mental Status Exam</u>: The process of estimating psychological and behavioral function by observing the patient, eliciting his or her self-description, and using formal questioning. Included in the examination are 1) evaluation and assessment of any psychiatric condition present, including provisional diagnosis and prognosis, determination of degree of impairment, suitability for treatment, and indications for particular types of therapeutic intervention; 2) formulation of the personality structure of the subject, which may suggest the historical and developmental antecedents of whatever psychiatric condition exists; and 3) estimation of the subject's ability and willingness to participate appropriately in treatment. The mental status is reported in a series of narrative statements describing such things as affect, speech, thought content, perception, and cognitive functions. The mental status examination is part of the general examination of all patients, although it may be markedly abbreviated in the absence of psycho pathology.

<u>Mini Mental Status Exam</u> (MMSE): A standardized brief form of the extended Mental Status Exam created by Folstein, et al. used for screening purposes.

<u>Mixed Personality Disorder with narcissistic, obsessional and schizoid features</u>: Signifies the presence of a personality disorder which has features of several separate personality disorders without meeting the full diagnostic criteria for each individually.

A. An enduring pattern of inner experience and behavior that deviates markedly from the expectations of the individual's culture. This pattern is manifested in two (or more) of the following areas:

    (1) cognition (i.e., ways of perceiving and interpreting self, other people, and events).

    (2) affectivity (i.e., the range, intensity, lability, and appropriateness of emotional response).

    (3) interpersonal functioning.

    (4) impulse control.

B. The enduring pattern is inflexible and pervasive across a broad range of personal and social situations.

C. The enduring pattern leads to clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The pattern is stable and of long duration, and its onset can be traced back at least to adolescence or early adulthood.

E. The enduring pattern is not better accounted for as a manifestation or consequence of another mental disorder.

F. The enduring pattern is not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., head trauma).

Specific features:

<u>Narcissistic</u>: A pervasive pattern of grandiosity (in fantasy or behavior), need for admiration, and lack of empathy, beginning by early adulthood and present in a variety of contexts.

<u>Obsessional</u>: A pervasive pattern of preoccupation with orderliness, perfectionism, and mental and interpersonal control, at the expense of flexibility, openness, and efficiency, beginning by early adulthood and present in a variety of contexts.

<u>Schizoid</u>: A pervasive pattern of detachment from social relationships and a restricted

range of expression of emotions in interpersonal settings, beginning by early adulthood and present in a variety of contexts.

<u>MMSE</u>: Mini Mental Status Exam (see above).

<u>Mood</u>: A pervasive and sustained emotion that colors the perception of the world. Common examples of mood include depression, elation, anger, and anxiety. In contrast to affect, which refers to more fluctuating changes in emotional "weather," mood refers to a more pervasive and sustained emotional "climate."

<u>Obsession</u>:  Recurrent and persistent thought, impulse, or image experienced as intrusive and distressing. Recognized as being excessive and unreasonable even though it is the product of one's mind. This thought, impulse, or image cannot be expunged by logic or reasoning.

<u>Oriented</u>: awareness of place, date and time.

<u>Paranoid Ideation</u>: Ideation of less than delusional proportions, involving suspiciousness or the belief that one is being harassed, persecuted, or unfairly treated.

<u>Phobias</u>:  A persistent, irrational fear of a specific object, activity, or situation (the phobic stimulus) that results in a compelling desire to avoid it. This often leads either to avoidance of the phobic stimulus or to enduring it with dread.

<u>Positive pressure machine</u>: A mechanical device that uses pressure to force air into the nose or mouth during sleep to treat sleep apnea.

<u>Praxis</u>: The ability to perform a task

<u>Psychometric testing</u>: Standardized testing which can evaluate learning disorders, intelligence and mental functioning.

Psychosis: the term has various meanings but has been defined conceptually as a loss of ego boundaries or a gross impairment in reality testing.

Racing thoughts: Usually seen in mania or in states of stimulant use where ideas rapidly speed across the mind.

Ruminate, ruminative, ruminations: Thinking about a thought or action over and over again, generally with a brooding quality.

Similarities-A test of abstraction requiring one to find a way in which two or more words have something in common or belong to a larger category, for ex. an apple and orange are both fruit.

Social and Occupational Functioning Assessment Scale (SOFAS)-A scale used to rate an individual's social and occupational functioning at a given point in time. Includes impairment for physical as well as mental conditions.

Surgical repair with external fixation– Using an external set of metal rods attached to the bone by metal screws, to hold the bones in place during healing.

Vegetative Functions- Basic aspects of human functions such as sleeping and eating.

Zoloft- Sertraline, a selective serotonin receptor inhibitor—used to treat depression

|  |  |
|---|---|
| _____ | KEVIN J. O'CONNOR<br>United States Attorney |

                                            _____

Alan Marc Soloway, AUSA
 157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FAX  (203) 773-5373
FEDERAL BAR NO. CT 01581


Natalie Holick, Esq.
Assistant General Counsel
U.S. Bureau of Prisons
North Central Regional Office
400 State Avenue
8th Floor
Kansas City, Kansas 66101
(913) 551-1149
Federal Bar # 24206


CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Glossary has been mailed, postage prepaid, on this 5th day of October, 2004 to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615


                                            _____

_____Alan Marc Soloway