UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH RADMAN,<br>　　　　Plaintiff.<br>　　v.<br><br>JOHN ASHCROFT, US ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br>　　　　Defendants. | : Case No. 302CV1868 (JCH)<br>:<br>:<br>:<br>: October 7, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following document(s):

　　Index to Exhibits and Exhibits because

☐ the document cannot be converted to an electronic format
☒ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KEVIN J. O'CONNOR
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALAN SOLOWAY, AUSA
　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　157 Church Street
　　　　　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　　　　　Tel: (203) 821-3700
　　　　　　　　　　　　　　　　　Fax:(203) 773-5376
　　　　　　　　　　　　　　　　　e-mail: alan.soloway@usdoj.gov
　　　　　　　　　　　　　　　　　Federal Bar No. ct 01581

CERTIFICATION

      This is to certify that a copy of the within and foregoing Notice of Manual Filing was sent via postage prepaid first-class mail, on this 7th day of October, 2004, to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

_____
ALAN MARC SOLOWAY