UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



KENNETH K. RADMAN
Plaintiff

v.

JOHN ASHCROFT, ATTORNEY
GENERAL, U.S. DEPT. OF JUSTICE
Defendant

2004 OCT 14 P 12: 18

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CIVIL ACTION NO.
3-02-cv-1868 (JCH)

OCTOBER 13, 2004

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

____ A ruling on the following motion(s) which are currently pending:

_√_ A settlement conference.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 13th day of October, 2004.

_____
Janet C. Hall
United States District Judge