UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 14 P 12: 30

Kenneth K. Radman
      Plaintiff,

v.

John Ashcroft, Attorney General,
U. S. Department of Justice,
      Defendants.

Civil No. : 302CV1868 (JCH) DISTRICT COURT
BRIDGEPORT, CO.

October 12, 2004

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following document(s):

Pre-trial Memorandum of Law and Exhibits because:

- ☐ the document cannot be converted to an electronic format
- ☒ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

For the Plaintiff,

_/s/ Samuel M. Rizzitelli_
Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, Connecticut 06418
(203) 736-9800
Federal Bar No. CT20079

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been sent, via the mode indicated, this 12th day of October, 2004 to the following:

      Alan Marc Soloway      U.S. Mail, Postage Prepaid
      Assistant U.S. Attorney
      P.O. Box 1824
      New Haven, CT. 06508
      (203) 821-3700
      (203) 773-5373
      Federal Bar No. CT01581

      Natalie R. W. Holick      U.S. Mail, Postage Prepaid
      Assistant General Counsel
      Bureau of Prisons
      Gateway Complex Tower II
      400 State Avenue, 8th Floor
      Kansas City, Kansas 66101
      (913) 531-8333
      Federal Bar No. CT24206

For the Plaintiff,

_/s/ Samuel M. Rizzitelli, Jr._
Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, Connecticut 06418
(203) 736-9800
Federal Bar No. CT20079