UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH RADMAN<br>    Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General,<br>U. S. Department of Justice,<br>    Defendant. | :<br>:<br>:  Civil Docket No: 302CV1868 JCH<br>:<br>:<br>:<br>:  October 15, 2004<br>: |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer A. Spangler as counsel for the Defendant in the above-captioned action.

Respectfully submitted,

*Jennifer A. Spangler*
Jennifer A. Spangler
Assistant General Counsel
Federal Bureau of Prisons
Gateway Complex Tower II
400 State Ave., 8th Floor
Kansas City, KS 66101
(913) 551-1165
Fax (913) 551-8330
Federal Bar No.

## CERTIFICATION

This is to certify that a copy of the within and foregoing NOTICE OF APPEARANCE was sent via U.S. First Class Mail, postage pre-paid this 20th day of October, 2004:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, Ct. 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

_____
Alan Marc Soloway