UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 NOV -5  P 2: 49

| | |
|---|---|
| KENNETH RADMAN | : |
| Plaintiff, | : |
| | : Civil Docket No: 302CV1868 (JCH) |
| v. | : |
| | : |
| JOHN ASHCROFT, Attorney General, | : |
| U.S. Department of Justice, | : |
| Defendant. | : November 5, 2004 |

## MOTION TO ADD TRIAL EXHIBITS

Defendant seeks to add three exhibits which would be marked respectively as Exhibits 24, 25, and 26. Copies of the proposed exhibits are attached hereto.

The exhibits all relate to other instances wherein Plaintiff was an unsuccessful applicant for the position of Materials Handler Supervisor.

Upon information and belief, Plaintiff has had each of the exhibits for at least seven years dating to the time in which the complaint, which forms the basis for the instant case, was at the administrative level. Most of each of the exhibits are plaintiff's other unsuccessful applications for the positions at issue. The first page to each of the proposed exhibits relate to the position application and applicant notification.

Given that Plaintiff has had the exhibits for a long time, the Plaintiff is not prejudiced by the addition of the exhibits at this time.

WHEREFORE, it is prayed that Defendant's Motion is granted.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

1

_____
Alan Marc Soloway, AUSA
157 Church Street-23rd Floor
New Haven, Ct. 06510
(203) 821-3700- (203)773-5373 (FAX)
Federal Bar No. CT # 01581
alan.soloway@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the within and foregoing Motion was sent via postage prepaid first-class mail, this 5th day of November, 2004 to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

_____
ALAN MARC SOLOWAY