UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH RADMAN : | |
| Plaintiff, : | |
| : | Civil Docket No: 302CV1868 JCH |
| v. : | |
| : | |
| JOHN ASHCROFT, Attorney General, : | |
| U. S. Department of Justice, : | November 10, 2004 |
| Defendant. | |

### DEFENDANT's MOTION TO SEQUESTER

Pursuant to Rule 615 of the Federal Rules of Evidence (Fed. R. Evid.), the Defendant moves that the Court exercise its discretion and order the witnesses to be excluded from the courtroom during trial so that they may not hear the testimony of other witnesses.  See, e.g. U.S. v. Jackson, 60 F. 3d 128, 134 (2d Cir. 1995).

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
Alan Marc Soloway, AUSA
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FAX  (203) 773-5373
FEDERAL BAR NO. CT 01581
alan.soloway@usdoj.gov

Natalie Holick, Esq.
Assistant General Counsel
U.S. Bureau of Prisons
North Central Regional Office
400 State Avenue
8th Floor
Kansas City, Kansas 66101
(913) 551-1149
Federal Bar # 24206

- 2 -

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion has been mailed, postage prepaid, on this 10th day of, 2004 to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
959 Main Street
#103
Stratford, Ct. 06615

_____Alan Marc Soloway