UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH K. RADMAN,  :  Plaintiff : | |
| : | Civil Docket #302CV1868JCH |
| v.  : | |
| : | |
| John D. Ashcroft, Attorney General  : | November 11, 2004 |
| U.S. Department of Justice  : | |
| Defendant | |

**<u>Plaintiff's Motion in Opposition to Defendant's Motion to Add Trial Exhibits</u>**

Pursuant to FRCP 26(a)(3) and this Court's final pretrial order dated July 29, 2004, paragraph 11, plaintiff moves this Court to deny the defendant's motion to add trial exhibits.

On November 8, 2004, just nine days before the beginning of this trial, plaintiff received defendant's motion to add trial exhibits dated November 5, 2004. The trial for this case has been scheduled to begin on November 17, 2004. Unless otherwise directed by the court, pretrial disclosures, including exhibits must be made at least 30 days before trial. *FRCP 26(a)(3)*. This Court's final pretrial order dated July 29, 2004 required disclosure of trial exhibits to be attached to the parties pretrial memorandum. *Final Pretrial Order, July 29, 2004, paragraph 11*.

The introduction of these exhibits at this point in time would substantially prejudice the plaintiff. With only 5 business days until trial (Veterans Day is a holiday), the plaintiff cannot adequately investigate the facts related to these multiple pages nor can the plaintiff add witnesses to address these new exhibits. Furthermore, these documents were never disclosed to the plaintiff during disclosure or discovery. Therefore, plaintiff moves this Court to deny the

defendant's motion to add trial exhibits.

For the Plaintiff,

_____
Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, Connecticut 06418
(203) 736-9800
Federal Bar No. CT20079

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing has been sent, via the mode indicated, this 11th day of November, 2004 to the following:

| | |
|---|---|
| Alan Marc Soloway | U.S. Mail, Postage Prepaid |
| Assistant U.S. Attorney | |
| P.O. Box 1824 | |
| New Haven, CT. 06508 | |
| (203) 821-3700 | |
| (203) 773-5373 | |
| Federal Bar No. CT01581 | |
| | |
| Natalie R. W. Holick | U.S. Mail, Postage Prepaid |
| Assistant General Counsel | |
| Bureau of Prisons | |
| Gateway Complex Tower II | |
| 400 State Avenue, 8th Floor | |
| Kansas City, Kansas 66101 | |
| (913) 531-8333 | |
| Federal Bar No. CT24206 | |

For the Plaintiff,

_____
Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, Connecticut 06418
(203) 736-9800
Federal Bar No. CT20079