UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH RADMAN,
    Plaintiff,

v.

JOHN ASHCROFT, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,
    Defendant.

CIVIL ACTION NO.
3:02-cv-1868 (JCH)

NOVEMBER 22, 2004

## VERDICT FORM

1. Has Mr. Radman proved by a preponderance of the evidence that gender was a motivating factor in the Bureau of Prisons' decision not to promote him to Materials Handler Supervisor?

    Yes_____    No__✓__

    If your answer is "no," please proceed to the end of this form. If your answer is "yes," proceed to Question 2.

2. Has Mr. Radman proved by a preponderance of the evidence that the Bureau of Prisons' affirmative action plan is invalid?

    Yes_____    No_____

    If your answer is "no," please proceed to Question 3. If your answer is "yes," proceed to Question 4.

3. Has Mr. Radman proved by a preponderance of the evidence that the Bureau of Prisons did not act pursuant to its affirmative action plan for FCI Danbury?

    Yes_____    No_____

    If your answer is "no," please proceed to the end of this form. If your answer is "yes," proceed to Question 4.

4. Has the Bureau of Prisons proved by a preponderance of the evidence that it would have promoted Ms. Mazzucco instead of Mr. Radman even if it had not considered gender as a factor?

        Yes_____        No_____

If your answer is "yes," please proceed to the end of this form. If your answer is "no," proceed to Question 5.

5. What is the amount of compensatory damages Mr. Radman has proven by a preponderance of the evidence that he suffered as a result of the Bureau of Prisons' discrimination?

    Amount for mental anguish, emotional pain, suffering, or inconvenience    $_____

Thank you. You have completed your deliberations. Please have your foreperson sign and date this form.

11-22-04
Date

_Martha G. [signature]_
Foreperson