UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KENNETH RADMAN

        v.                              3:02CV1868 JCH

JOHN ASHCROFT, ATTORNEY
GENERAL OF THE U.S. UNITED STATES
DEPARTMENT OF JUSTICE

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge.

On November 22, 2004, after deliberation, the jury returned a verdict for the defendant against the plaintiff,

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant, John Ashcroft and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of November, 2004.

                                          KEVIN F. ROWE, Clerk

                                          By   /s/Catherine Boroskey
                                                  Deputy Clerk

Entered on Docket   _____