UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH RADMAN | : | |
|     Plaintiff, | : | |
| | : | Civil Docket No: 302CV1868 JCH |
| v. | : | |
| | : | |
| JOHN ASHCROFT, Attorney General, | : | |
| U. S. Department of Justice, | : | |
|     Defendant. | : | December   , 2004 |

### DEFENDANT'S MOTION FOR PERMISSION TO FILE A SUR-REPLY BRIEF

    The Defendant hereby seeks permission from this Court to file a sur-reply brief pursuant to Rule 7, Local Rules of Civil Procedure.

    On or about December 17, 2004, Defendant received "Plaintiff's Response to Defendant's Motion in Opposition to Judgment as a Matter of Law after Trial and an Alternative Motion for a New Trial". Defendant feels that Plaintiff's response is misleading. Defendant's has filed a Memorandum of Law, and has attempted, pursuant to Rule 7(d), Local Rules of Civil Procedure, to strictly confine the response to discussion of matters raised in Plaintiff's response and has sought to specify its responses to paginated references to Plaintiff's memorandum. Defendant's Memorandum is less than ten pages in length.

    Defendant's Memorandum of Law is contemporaneously filed hereto.

    This is the first such Motion filed by the Defendant.

    WHEREFORE, it is respectfully prayed that Defendant be allowed to file a sur-reply Brief.

    ORAL ARGUMENT IS **_NOT_** REQUESTED.

Page 1 of 2

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____/s/_____
Alan Marc Soloway, AUSA
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FAX (203) 773-5373
FEDERAL BAR NO. CT 01581
alan.soloway@usdoj.gov

Natalie Holick, Esq.
Assistant General Counsel
U.S. Bureau of Prisons
North Central Regional Office
400 State Avenue
8th Floor
Kansas City, Kansas 66101
(913) 551-1149
Federal Bar # 24206

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion has been mailed, postage prepaid, on this    day of, December, 2004, to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
Carron & Fink
Peppermill Place Office Bldg
1698-A Post Road East
Westport, CT 06880-9991

_____/s/_____
Alan Marc Soloway