UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KENNETH RADMAN                          :
      Plaintiff,                     :
                                      :    Civil Docket No: 302CV1868 JCH
      v.                              :
                                      :
JOHN ASHCROFT, Attorney General,        :
U. S. Department of Justice,            :
      Defendant.                     :    September 29, 2005

## DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION FOR RECONSIDERATION

Defendant, the United States Department of Justice, Federal Bureau of Prisons, by and through its attorneys, Assistant United States Attorney Alan M. Soloway and Natalie Holick, Assistant General Counsel, Bureau of Prisons, hereby submits the following motion for extension of time pursuant to Local Rule of Civil Procedure 7(b) requesting an extension of time within which to file a motion for reconsideration of the Court's decision dated September 16, 2005 pursuant to Local Rule of Civil Procedure 7(c)(1). Defendant moves that it have up to and including November 4, 2005, within which to file its motion for reconsideration.

This is the first such application filed on behalf of Defendant.

Plaintiff's attorney, Samuel Rizzitelli, has been consulted with regard to this application and opposes the same.

A Declaration in Support of the Motion is contemporaneously filed hereto.

ORAL ARGUMENT *IS* REQUESTED

It is the belief of the Defendant that it needs a copy of the trial transcript and related proceedings in order to more clearly present its arguments that would cause this court to reconsider its decision granting a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
Alan Marc Soloway, AUSA
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FAX  (203) 773-5373
FEDERAL BAR NO. CT 01581
alan.soloway@usdoj.gov

Natalie Holick, Esq.
Assistant General Counsel
U.S. Bureau of Prisons
North Central Regional Office
400 State Avenue
8th Floor
Kansas City, Kansas 66101
(913) 551-1149
Federal Bar # 24206

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Motion and Declaration

have been mailed, postage prepaid, on this   day of, September, 2005, to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
Carron & Fink
Peppermill Place Office Bldg
1698-A Post Road East
Westport, CT 06880-9991


_____

Alan Marc Soloway