UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH RADMAN : | |
|     Plaintiff, : | |
| : | Civil Docket No: 302CV1868 JCH |
| v. : | |
| : | |
| JOHN ASHCROFT, Attorney General, : | |
| U. S. Department of Justice, : | |
|     Defendant. : | September    , 2005 |

<u>DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION FOR RECONSIDERATION</u>

I, Alan Marc Soloway, do declare and say:

1. I am over the age of eighteen and understand the obligations of taking an oath.

2. I am the Assistant U.S. Attorney assigned to this matter for the Defendant and as such, I am fully familiar with the matter.

3. On or about September 26. 2005, I spoke with Cheryl Fidanza, the Court Reporter who transcribed all of the relevant sections of trial testimony and the various discussions with the Court and with counsel for the plaintiff. I asked her to calculate approximately how much it would cost to prepare the transcript in question. I explained to Ms. Fidianza that the Government needed an approximation of the costs for the preparation of the transcript before it could order the same.

4. On or about September 28, 2005, I spoke with Ms. Fidanza who indicated to me that the approximate cost for the preparation of the transcript was $2,500. Ms. Fidanza also indicated to me that it would take approximately one month to prepare the transcript. After being informed of this, I ordered the transcript after having been

authorized to do so by management within the U.S. Attorneys Office.

     5. On or about September 28, 2005, I spoke with Attorney Rizzitelli, counsel for plaintiff, to ascertain the position of his client with regard to the request by the defendant for an extension of time to file a motion for reconsideration as mandated by the Local Rules of Civil Procedure. Attorney Rizzitelli indicated that he opposed the application of the defendant and did not indicate a reason for his objection.

     Your declarant and co-counsel firmly believe that a full transcript will assist the defendant and ultimately this Honorable Court in determining whether or not to reconsider its decision of September 16, 2005. It is the belief of your declarant and that of co-counsel that the decision of September 16, 2005 is in error and given the collateral nature of a decision issued pursuant to Rule 59 of the Federal Rules of Civil Procedure this plaintiff suffers no additional prejudice from this extension of time.

     I swear, under the penalties of perjury, that the above statement is true to the best of my knowledge.

Dated at New Haven, Connecticut
September 29, 2005

_____
Alan Marc Soloway