UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH RADMAN | : | |
|     Plaintiff, | : | |
| | : | Civil Docket No: 302CV1868 JCH |
| v. | : | |
| | : | |
| JOHN ASHCROFT, Attorney General, | : | |
| U. S. Department of Justice, | : | |
|     Defendant. | : | November 1, 2005 |

**DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION FOR RECONSIDERATION**

Defendant, the United States Department of Justice, Federal Bureau of Prisons, by and through its attorneys, Assistant United States Attorney Alan M. Soloway and Natalie Holick, Assistant General Counsel, Bureau of Prisons, hereby submits the following motion for extension of time pursuant to Local Rule of Civil Procedure 7(b) requesting an extension of time within which to file a motion for reconsideration of the Court's decision dated September 16, 2005 pursuant to Local Rule of Civil Procedure 7(c)(1). Defendant moves that it have up to and including November 29, 2005, within which to file its motion for reconsideration.

This is the second such application filed on behalf of Defendant.

Attempts have been made to contact Attorney Samuel Rizzitelli, counsel for Plaintiff, to ascertain the position of Plaintiff with regard to this application. As of this time and date, counsel for the Defendant has been unable to contact attorney for the Plaintiff. It is expected nonetheless, that Plaintiff would be opposed to this application.

A Declaration in Support of the Motion is contemporaneously filed hereto.

ORAL ARGUMENT *IS* REQUESTED

It is the belief of the Defendant that it needs additional time to adequately review the complete trial transcript and related proceedings in order to more clearly present its arguments that would cause this court to reconsider its decision granting a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    _____
    Alan Marc Soloway, AUSA
    157 CHURCH STREET
    P.O. BOX 1824
    NEW HAVEN, CT 06508
    (203) 821-3700
    FAX (203) 773-5373
    FEDERAL BAR NO. CT 01581
    alan.soloway@usdoj.gov

    Natalie Holick, Esq.
    Assistant General Counsel
    U.S. Bureau of Prisons
    North Central Regional Office
    400 State Avenue
    8th Floor
    Kansas City, Kansas 66101
    (913) 551-1149
    Federal Bar # 24206

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion and Declaration have been mailed, postage prepaid, on this 1st day of, November, 2005, to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
Carron & Fink
Peppermill Place Office Bldg
1698-A Post Road East
Westport, CT 06880-9991

_____
Alan Marc Soloway