UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH RADMAN | : | |
|     Plaintiff, | : | |
| | : | Civil Docket No: 302CV1868 JCH |
| v. | : | |
| | : | |
| JOHN ASHCROFT, Attorney General, | : | |
| U. S. Department of Justice, | : | |
|     Defendant. | : | November 1, 2005 |

## DECLARATION IN SUPPORT OF DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION FOR RECONSIDERATION

I, Alan Marc Soloway, do declare and say:

1. I am over the age of eighteen and understand the obligations of taking an oath.

2. I am the Assistant U.S. Attorney assigned to this matter for the Defendant and as such, I am fully familiar with the matter.

3. At approximately 1:00 p.m. on November 1, 2005 I received the majority of the transcript from Ms. Fidanza. The transcripts contained a note from Ms. Fidanza indicating that the transcript for the pre-trial matter conducted on October 12, 2004 would be ready in a few days. It had been the hope and expectation of your declarant that the entire transcript would have been available at the end of last week but that has not been the case. Having the complete transcript on the expected date would have assisted Defendant in meeting the deadline graciously granted by this Court of November 4th.

4. Immediately after receiving those portions of the transcript that were provided,

personnel from the U.S. Attorneys Office began photocopying the transcript so it could be sent via Federal Express, overnight delivery, to Attorney Natalie Holick, co-counsel for Defendant at trial. Attorney Holick is with the Bureau of Prisons and works out of the North Central Regional Office in Kansas City, Kansas.

    5. At approximately 1:35 pm, I called Attorney Rizzitelli to ascertain the position of Plaintiff with regard to this application. I left a telephonic message with Attorney Rizzitelli's voice mail at his Hartford Office.

    6. Immediately thereafter, I sent an email to Attorney Rizzitelli, seeking to ascertain the position of Plaintiff with regard to this application. As of this time and date, your declarant has received no electronic correspondence in return from Attorney Rizzitelli.

    7. Attorney Holick is on travel away from her Office from November 5, 2005 and will not return there until November 9, 2005.

    8. Attorney Holick is scheduled to be involved in an EEO matter before an Administrative Law Judge in Springfield, Missouri and will be on travel from November 15 until November 18.

    9. Your declarant and co-counsel firmly believe that adequate time to fully review the entire transcript is essential to assist the defendant and ultimately this Honorable Court in determining whether or not to reconsider its decision of September 16, 2005. It is the belief of your declarant and that of co-counsel that the decision of September 16, 2005 is in error and given the collateral nature of a decision issued pursuant to Rule 59 of the Federal Rules of Civil Procedure this plaintiff suffers no additional prejudice from this extension of time. The present due date of November 4, 2005 does not allow for an

adequate review of the vitally important record.

    I swear, under the penalties of perjury, that the above statement is true to the best of my knowledge.

Dated at New Haven, Connecticut
November 1, 2005

                                              Alan Marc Soloway