UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH RADMAN<br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General,<br>U. S. Department of Justice,<br>Defendant. | Civil Docket No: 302CV1868 (JCH)<br><br>November 15, 2005 |

### DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant, the United States Department of Justice, Federal Bureau of Prisons, by and through its attorneys, Assistant United States Attorney Alan M. Soloway and Natalie Holick, Assistant General Counsel, Bureau of Prisons, hereby submits the following motion for reconsideration of this Honorable Court's decision of September 16, 2005, which granted a motion for a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure.

This is the first such motion filed on behalf of Defendant.

A Memorandum in Support is contemporaneously filed hereto.

ORAL ARGUMENT *IS NOT* REQUESTED

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

Alan Marc Soloway, AUSA
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FAX  (203) 773-5373
FEDERAL BAR NO. CT 01581
alan.soloway@usdoj.gov

Natalie Holick, Esq.
Assistant General Counsel
U.S. Bureau of Prisons
North Central Regional Office
400 State Avenue
8th Floor
Kansas City, Kansas 66101
(913) 551-1149
Federal Bar No. CT 24206

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion has been mailed, postage prepaid, on this 15th day of, November, 2005, to:

Samuel Rizzitelli, Esq.
26 Prindle Avenue
Derby, CT 06418
(203) 736-9800
Federal Bar # CT 20079

Daniel H. Kryzanski, Esq.
Carron & Fink
Peppermill Place Office Bldg
1698-A Post Road East
Westport, CT 06880-9991

_____
Alan Marc Soloway