UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RADMAN

V.                                Case Number: 3:02cv1868JCH

ASHCROFT

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 11/13/06 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 13, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 15, 2006.


KEVIN F. ROWE, CLERK

By:  __/s/Catherine Boroskey_____
     Catherine Boroskey
     Deputy Clerk