UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kenneth K. Radman          :
    Plaintiff,          : Civil No. : 302CV1868 (JCH)(HBF)
                      :
    v.          :
                      :
Alberto Gonzales,[1]       : December 8, 2006
Attorney General,          : November __, 2006
U. S. Department of Justice, :
    Defendants.           :

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

_____          _11-24-06_____
Samuel M. Rizzitelli, Jr.                Date
Attorney for Plaintiff
FEDERAL BAR NO. ct. 20079

_____          _11/23/06_____
Kenneth Radman                           Date
Plaintiff

_____          _12/8/06_____
Alan Marc Soloway                        Date
Assistant U.S. Attorney
FEDERAL BAR NO. ct01581
Attorney for Defendant

---

[1] Substituted per Rule 25(d), Fed. R. Civ. Pro.